898

No. 344. RADIO CORPORATION OF AMERICA *v*. ASSOCIATION OF PROFESSIONAL ENGINEERING PERSONNEL ET AL. C. A. 3d Cir. Certiorari denied. *Bernard G. Segal* and *Samuel D. Slade* for petitioner. *Arthur S. Keyser* for respondents.

No. 348. MARSHALL *v*. UNITED STATES. C. A. 10th Cir. Certiorari denied. *George J. Francis* and *Frances De Lost* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 350. FIAT MOTOR CO. *v*. ALABAMA IMPORTED CARS, INC. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Oscar Cox* and *Elliott Solomon* for petitioner.

No. 351. COOK *v*. STATE FARM INSURANCE CO. Supreme Court of Mississippi. Certiorari denied. *W. E. Morse* for petitioner.

No. 363. O LIQUIDATING CORP. *v*. COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied. *John S. Chapman* for petitioner. *Solicitor General Cox. Assistant Attorney General Oberdorfer, Melva M. Graney* and *Douglas A. Kahn* for respondent.

No. 356. BURKS *v*. CALIFORNIA. District Court of Appeal of California, First Appellate District. Certiorari denied. *George Olshausen* for petitioner. *Stanley Mosk,* Attorney General of California, and *Arlo E. Smith, John S. McInerny* and *Robert R. Granucci,* Deputy Attorneys General, for respondent.